| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:07-CR-00140-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 15 CR 184 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Thomas William Blevins | DISTRICT Eastern District of Texas | DIVISION Beaumont |
|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Thad Heartfield | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 10, 2014 — TO January 9, 2018 |

OFFENSE
Conspiracy to possess with intent to distribute 50 grams or more but less than 500 grams of methamphetamine, 21 U.S.C. § 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Texas Southern - Houston Division upon that Court's order of acceptance of jurisdiction.

3/24/15
Date

*[signature]*
Thad Heartfield
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Texas Southern - Houston Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 1, 2015
Effective Date

*[signature]*
United States District Judge